WEHRI ET AL., APPELLANTS, *v.* COUNTRYMARK, INC., APPELLEE.

[Cite as *Wehri v. Countrymark, Inc.* (1991), 61 Ohio St.3d 719.]

(No. 90–1298—Submitted July 17, 1991—Decided August 27, 1991.)

---

*Thomas G. Papps* and *Thomas M. Connolly,* for appellants.

*Bugbee & Conkle, Tybo A. Wilhelms* and *Robert P. King,* for appellee.

---

This cause is reversed and remanded on authority of *Brady v. Safety–Kleen Corp.* (1991), 61 Ohio St.3d 624, 576 N.E.2d 722.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.